**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0862n.06
Filed: December 18, 2007

**No. 06-5448**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| JEFFREY DWAYNE ROACH, | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellant. | ) | |

Before: DAUGHTREY, GILMAN, and COOK, Circuit Judges.

PER CURIAM. Following the district court's entry of an order that revoked the defendant's supervised release and imposed an eight-month sentence and a new three-year period of supervised release, Jeffrey Roach appealed on the basis of a purported double jeopardy violation and an alleged error in sentencing under 18 U.S.C. § 3583(h). However, at oral argument it was brought to our attention by counsel for the government that the defendant has completed serving his sentence and that the district court has vacated the order of supervised release in this case, upon entry of a second revocation of supervised release. As a result, the appeal in this case has been rendered moot.

APPEAL DISMISSED.

*No. 06-5448*
*United States v. Roach*